Jill S. David (SBN 271089)
**JDavid Law Practice, APC**
1600 Rosecrans Avenue, Building 7, 4th Floor
Manhattan Beach, CA 90266
Tel.   (310) 727-3530
Fax:   (310) 873-5891
E-mail: jdavid@jdavidlaw.com

Attorney for Defendant VIP, LLC

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JACOB CUNNINGHAM**,<br><br>                    Plaintiff,<br><br>    v.<br><br>**VALOR INTELLIGENT PROCESSING, LLC**,<br><br>                    Defendant. | Case No.:  **2:26-cv-00316-JDP**<br><br>**STIPULATION FOR MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER; [PROPOSED] ORDER - AMENDED**<br><br>**Complaint filed: February 5, 2026** |

The stipulation and proposed order, filed as Docket No. 5, is amended to correct the date of the extension in the stipulation.

Defendant **VALOR INTELLIGENT PROCESSING, LLC**, and Plaintiff **JACOB CUNNINGHAM**, by and through their undersigned attorneys, hereby stipulate and agree that Defendant may have an extension until May 6, 2026 to file their Answer to Plaintiff's Complaint (Dkt. No. 1) in order to allow the parties time to discuss resolution of the matter. Pursuant to Eastern District Local Rule 144 this stipulation requests court

1

2:26-cv-00316-JDP

approval for the extension of time to respond. This is Defendant's first request for an extension of time.

**IT IS SO STIPULATED**.

Dated: May 4, 2026

**JDAVID LAW PRACTICE, APC**

By: */s/ Jill S. David*
JILL S. DAVID
*Attorney for Defendant VIP, LLC*

**KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
DAVID J. MCGLOTHLIN, ESQ.
MONA AMINI, ESQ.
GUSTAVO PONCE, ESQ.
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED:**

1. Defendant is granted an extension of time until May 6, 2026 to file its Answer to Plaintiff's Complaint.

DATED:

IT IS SO ORDERED.

Dated:    May 5, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2

2:26-cv-00316-JDP